

IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. JAMES DOLIS (R 42411), | ) ) ) | |
| Petitioner, | ) ) | No. 05 C 1189 |
| vs. | ) ) | The Honorable Paul E. Plunkett, |
| JOHN CHAMBERS, | ) ) | Judge Presiding. |
| Respondent. | ) ) | |

## ORDER

IT IS ORDERED that the proceedings in this case are stayed pending the conclusion of petitioner James Dolis' state court proceedings challenging the conviction, which is the subject of this federal habeas petition. Upon completion of his state court proceedings, petitioner shall have sixty (60) days to inform this Court that state court review is complete and that the instant proceedings may resume. If petitioner does not so inform this Court within that time, respondent shall inform this Court within the following thirty (30) days that petitioner's state court proceedings have concluded and that the instant proceedings on petitioner's federal habeas petition may resume.

_____
Judge Paul E. Plunkett

AUG 22 2006
Date